K. WILLIAM CURTIS
Chief Counsel, Bar No. 095753
WARREN C. STRACENER
Deputy Chief Counsel, Bar No. 127921
JENNIFER M. GARTEN
Legal Counsel, Bar No. 232979
Department of Personnel Administration
State of California
1515 S Street, North Building, Suite 400
Sacramento, CA  95814-7243
Telephone:  (916) 324-0512
Facsimile:  (916) 323-4723

Attorneys for Defendants

**OK/HAV**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLEY PRICE, et al., individually and on behalf of other persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. CIV-S 94-0154 EJG-GGH (DFL)<br><br>STIPULATION FOR CONTINUANCE<br>(Local Rules 78-230, 6-1444, & 83-143)<br><br>Date:　　September 28, 2005<br>Time:　　10:00 a.m.<br>Judge:　　David F. Levi<br>Dept:　　7 |

　　　　Pursuant to Local Rules 78-230, 6-144 and 83-143, the parties stipulate that the Court should issue an order continuing the hearing on the motion for cy pres distribution of unclaimed funds from September 28, 2005 to November 9, 2005 at 10:00 a.m.  A continuance is necessary because of conflicting commitments of counsel.  Neither party has requested nor been granted any other continuances in this proceeding.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

_____
Stipulation for Continuance

1  Opposition papers will be due to be filed not less than twenty-one (21) days preceding the
2  continued hearing date, as agreed to by the parties.  Reply papers will be due to filed not less than
3  five (5) court days preceding the continued hearing date, in accordance with Local Rule 78-230.
4  Dated: September 7, 2005

                                              /s/ Jennifer M. Garten
                                              JENNIFER M. GARTEN
                                              Legal Counsel
                                              Attorneys for Defendants

                                              /s/ Garry M. Messing (as authorized on 9/7/05)
                                              GARY M. MESSING
                                              Carroll, Burdick & McDonough, LLP
                                              Attorneys for Plaintiffs and Consenters

14  IT IS SO ORDERED
15  Dated: 9/9/2005

                                              /s/ David F. Levi
                                              Honorable David F. Levi
                                              U.S. District Court Judge

Stipulation for Continuance